**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Howard Hammer, Appellant,

v.

Shirley Hammer, a/k/a Shirley Hightower, a/k/a Shirley Grace Hightower, Respondent.

Appellate Case No. 2011-192606

Appeal From Richland County
John M. Rucker, Family Court Judge

Memorandum Opinion No. 2013-MO-003
Submitted February 5, 2013 - Filed February 13, 2013

**AFFIRMED**

Howard Hammer of Columbia, *Pro Se* Appellant.

Timothy E. Madden of Nelson Mullins Riley & Scarborough, LLP, of Greenville, for Respondent.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: *Ulmer v. Ulmer*, 369 S.C. 486, 632 S.E.2d 858 (2006)(an unchallenged ruling of the lower court, right or wrong, constitutes the law of the case and requires affirmance); *S.C. Tax Commn. v. Gaston Copper Recycling*, 316

S.C. 163, 447 S.E.2d 843 (1994)("This Court will affirm where an appellant fails to appeal [an] alternate ground of a trial judge's ruling.").

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**